FILED
CLERK, U.S. DISTRICT COURT
January 15, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DENISE MEJIA, | Case No.: 5:20-cv-01166-SB-SP |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE RE: SANCTIONS |
| UNITED STATES OF AMERICA; BUREAU OF LAND MANAGEMENT OFFICER WESLEY MILLER, in his individual and official capacity; NATIONAL PARK SERVICE RANGER CHARLES BROWN, in his individual and official capacity, | |
| Defendants. | |

The parties were set to appear for a Scheduling Conference on January 15, 2021 at 8:30 a.m. Dkt. No. 22. Plaintiff's counsel failed to appear.

IT IS HEREBY ORDERED that Plaintiff is to show cause, by filing a declaration no later than **January 22, 2021**, why sanctions should not issue for counsel's failure to appear. Counsel are directed to appear before this Court for a hearing on this order on **January 29, 2021** at 8:30 a.m.

DATED: January 15, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge