UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MEJIA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>    Defendants. | Case No. 5:20-cv-01166-SB-SP<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL AND SANCTIONS |

   After Plaintiff failed to appear at the March 31, 2023 status conference (even after the Court delayed the conference by nearly two hours while defense counsel attempted to contact Plaintiff's counsel), the Court issued an order for Plaintiff to show cause "why her remaining claims should not be dismissed for lack of prosecution and why she and her counsel should not be sanctioned for Plaintiff's failure to appear as ordered." Dkt. No. 82. The Court ordered Plaintiff to file a written response by April 3 at 5:00 p.m. and stated that failure to do so would be "deemed as consent to the dismissal of this action for lack of prosecution." *Id*. Plaintiff has not filed a response, nor has she otherwise provided any explanation for her failure to appear on March 31 or provided any indication that she intends to prosecute her remaining claims.

   Nevertheless, the Court will allow Plaintiff one final opportunity before dismissing this action. Accordingly, Plaintiff is ORDERED to show cause at the hearing on April 7, 2023 at 8:30 a.m. and in a written response to be filed no later than 8:00 a.m. on April 6, 2023 why her remaining claims should not be dismissed for lack of prosecution and why she and her counsel should not be subjected to sanctions.

1

      Failure to timely file a written response or to appear at the April 7 hearing will be deemed as consent to the dismissal of this action for lack of prosecution.

      IT IS SO ORDERED.

Date: April 4, 2023

                                            Stanley Blumenfeld, Jr.
                                          United States District Judge