JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| DENISE MEJIA, | No. 5:20-cv-01166-SB-SP |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION ON STIPULATION OF DISMISSAL** |
| UNITED STATES OF AMERICA et al., | |
| Defendants. | |

   The Court, having been advised by the parties that this action has been resolved by a Stipulation of Dismissal, hereby orders this action dismissed with prejudice.  The Court hereby orders all proceedings in the case vacated and taken off calendar.

Dated:  May 15, 2023

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE